# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-19-00266-CV

**Appellants, Glenn Hegar, Comptroller of Public Accounts of the State of Texas, the Office of the Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas// Cross-Appellant, Duncan Burch, Inc.**

**v.**

**Appellee, Duncan Burch, Inc.// Cross-Appellees, Glenn Hegar, Comptroller of Public Accounts of the State of Texas, the Office of the Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas**

---

**FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY,
NO. D-1-GN-19-000482, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellee/Cross-Appellant Duncan Burch, Inc. has notified this Court that it has filed for bankruptcy protection (United States Bankruptcy Court, N.D. Texas, Case No. 19-41699-elm11). *See* Tex. R. App. P. 8.1. Accordingly, this appeal is stayed. *See* 11 U.S.C. § 362; Tex. R. App. P. 8.2. Any party may file a motion to reinstate the appeal if permitted by federal law or the bankruptcy court. *See* Tex. R. App. P. 8.3(a). It is the parties' responsibility to notify the Court as soon as possible if an event occurs that would allow reinstatement. *Id.* Failure to notify this Court of a lift of the automatic stay or the conclusion of the bankruptcy proceeding may result in the dismissal of the case for want of prosecution. *See id.* R. 42.3(b).

Before Chief Justice Rose, Justices Kelly and Smith

Bankruptcy

Filed:   May 14, 2019